# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

v.   Case No.   4:24-cr-6-AW-MAL
     4:24-cv-488-AW-MAL

**QUANTAVIOUS HURT,**

   **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant Quantavious Hurt moved for relief under § 2255. The magistrate judge recommends dismissing the motion without prejudice because Hurt's direct appeal remains pending. ECF No. 56. Hurt has not filed any objection to the report and recommendation.

I agree with the magistrate judge. I now adopt the report and recommendation in full and incorporate it into this order. The clerk will enter an order that says, "The § 2255 motion is dismissed without prejudice for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on February 3, 2025.

s/ *Allen Winsor*
United States District Judge